**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: SMITH, MICHELLE L                                                                  Case No. 09-46265
_____,                                  Chapter   7
                        Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

       BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

       1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

       2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $254,960.00  <br>*(without deducting any secured claims)* | Assets Exempt:  $6,450.00 |
| Total Distribution to Claimants: $6,342.20 | Claims Discharged<br>Without Payment: $25,656.72 |
| Total Expenses of Administration: $1,659.97 | |

       3)  Total gross receipts of $     8,002.17     (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $        0.00      (see **Exhibit 2**), yielded net receipts of $8,002.17
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,659.97 | 1,659.97 | 1,659.97 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 31,998.92 | 31,998.92 | 6,342.20 |
| **TOTAL DISBURSEMENTS** | $0.00 | $33,658.89 | $33,658.89 | $8,002.17 |

4) This case was originally filed under Chapter 7 on December 07, 2009. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2011          By: /s/BRADLEY J. WALLER
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference | 1241-000 | 8,000.00 |
| Interest Income | 1270-000 | 2.17 |
| **TOTAL GROSS RECEIPTS** | | **$8,002.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,550.22 | 1,550.22 | 1,550.22 |
| BRADLEY J. WALLER | 2200-000 | N/A | 109.75 | 109.75 | 109.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,659.97 | 1,659.97 | 1,659.97 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | N/A | 2,757.47 | 2,757.47 | 546.54 |
| 2 | TARGET NATIONAL BANK | 7100-000 | N/A | 1,454.00 | 1,454.00 | 288.18 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 3,678.92 | 3,678.92 | 729.16 |
| 4 | Delaney Radiologists PA | 7100-000 | N/A | 374.22 | 374.22 | 74.17 |
| 5 | Capital Recovery III LLC As Assignee of CREDIT ONE | 7100-000 | N/A | 1,693.54 | 1,693.54 | 335.66 |
| 6 | Capital Recovery III LLC As Assignee of GE Capital | 7100-000 | N/A | 10,298.76 | 10,298.76 | 2,041.22 |
| 7 | Capital Recovery III LLC As Assignee of HSBC/Orchard | 7100-000 | N/A | 1,633.86 | 1,633.86 | 323.83 |
| 8 | Capital Recovery III LLC As Assignee of GE Capital | 7100-000 | N/A | 1,070.02 | 1,070.02 | 212.08 |
| 9 | OPHRYS, LLC | 7100-000 | N/A | 1,286.03 | 1,286.03 | 254.89 |
| 10 | Capital Recovery III LLC As Assignee of HSBC/Orchard | 7100-000 | N/A | 903.99 | 903.99 | 179.17 |
| 11 | American Infosource Lp As Agent for Merrick Bank | 7100-000 | N/A | 1,743.20 | 1,743.20 | 345.50 |
| 12 | Worldwide Asset Purchasing, LLC | 7100-000 | N/A | 3,072.63 | 3,072.63 | 609.00 |
| 13 | Verizon Wireless | 7100-000 | N/A | 533.60 | 533.60 | 105.76 |
| 14 | GE Money Bank dba WALMART | 7100-000 | N/A | 1,498.68 | 1,498.68 | 297.04 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 31,998.92 | 31,998.92 | 6,342.20 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-46265  
**Case Name:** SMITH, MICHELLE L  

**Period Ending:** 05/03/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 12/07/09 (f)  
**§341(a) Meeting Date:** 01/13/10  
**Claims Bar Date:** 04/19/10

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 873 Riverview Dr. Burgaw, simple inter | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 10.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account - First Midwest | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous household goods, furniture & furni | 800.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | 401-K - GCA Services Group | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | 2003 Chevrolet | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Preference  (u) | Unknown | 8,000.00 | | 8,000.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 2.17 | FA |
| 9 | Assets    Totals (Excluding unknown values) | $254,960.00 | $8,000.00 | | $8,002.17 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 30, 2010  **Current Projected Date Of Final Report (TFR):** August 21, 2010  (Actual)

Printed: 05/03/2011 11:08 AM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-46265  
**Case Name:** SMITH, MICHELLE L

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****93-65 - Money Market Account

**Taxpayer ID #:** **-***2773  
**Period Ending:** 05/03/11

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/10 | {8} | Law Offices of Attorney Stephen J. West | per court order of 02/12/2010 | 1241-000 | 8,000.00 | | 8,000.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 8,000.03 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,000.38 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 8,000.43 |
| 04/06/10 | | Wire out to BNYM account 9200******9365 | Wire out to BNYM account 9200******9365 | 9999-000 | -8,000.43 | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -8,000.43 | 0.00 | |
| **Subtotal** | 8,000.43 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,000.43** | **$0.00** | |

{} Asset reference(s)

Printed: 05/03/2011 11:08 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-46265 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | SMITH, MICHELLE L | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******93-65 - Money Market Account |
| Taxpayer ID #: | **-***2773 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/03/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9365 | Wire in from JPMorgan Chase Bank, N.A. account ********9365 | 9999-000 | 8,000.43 | | 8,000.43 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.38 | | 8,000.81 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.47 | | 8,001.28 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.46 | | 8,001.74 |
| 07/29/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.43 | | 8,002.17 |
| 07/29/10 | | To Account #9200******9366 | | 9999-000 | | 8,002.17 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **8,002.17** | **8,002.17** | **$0.00** |
| | | | Less: Bank Transfers | | 8,000.43 | 8,002.17 | |
| | | | **Subtotal** | | **1.74** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.74** | **$0.00** | |

{} Asset reference(s)       Printed: 05/03/2011 11:08 AM      V.12.56

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-46265
**Case Name:** SMITH, MICHELLE L

**Taxpayer ID #:** **-***2773
**Period Ending:** 05/03/11

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******93-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/10 | | From Account #9200******9365 | | 9999-000 | 8,002.17 | | 8,002.17 |
| 09/24/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $109.75, Trustee Expenses; Reference: | 2200-000 | | 109.75 | 7,892.42 |
| 09/24/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,550.22, Trustee Compensation; Reference: | 2100-000 | | 1,550.22 | 6,342.20 |
| 09/24/10 | 103 | Roundup Funding, LLC | Dividend paid 19.82% on $2,757.47; Claim# 1; Filed: $2,757.47; Reference: | 7100-000 | | 546.54 | 5,795.66 |
| 09/24/10 | 104 | TARGET NATIONAL BANK | Dividend paid 19.82% on $1,454.00; Claim# 2; Filed: $1,454.00; Reference: | 7100-000 | | 288.18 | 5,507.48 |
| 09/24/10 | 105 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 19.82% on $3,678.92; Claim# 3; Filed: $3,678.92; Reference: | 7100-000 | | 729.16 | 4,778.32 |
| 09/24/10 | 106 | Delaney Radiologists PA | Dividend paid 19.82% on $374.22; Claim# 4; Filed: $374.22; Reference: | 7100-000 | | 74.17 | 4,704.15 |
| 09/24/10 | 107 | Capital Recovery III LLC As Assignee of CREDIT ONE | Dividend paid 19.82% on $1,693.54; Claim# 5; Filed: $1,693.54; Reference: | 7100-000 | | 335.66 | 4,368.49 |
| 09/24/10 | 108 | Capital Recovery III LLC As Assignee of GE Capital | Dividend paid 19.82% on $10,298.76; Claim# 6; Filed: $10,298.76; Reference: | 7100-000 | | 2,041.22 | 2,327.27 |
| 09/24/10 | 109 | Capital Recovery III LLC As Assignee of HSBC/Orchard | Dividend paid 19.82% on $1,633.86; Claim# 7; Filed: $1,633.86; Reference: | 7100-000 | | 323.83 | 2,003.44 |
| 09/24/10 | 110 | Capital Recovery III LLC As Assignee of GE Capital | Dividend paid 19.82% on $1,070.02; Claim# 8; Filed: $1,070.02; Reference: | 7100-000 | | 212.08 | 1,791.36 |
| 09/24/10 | 111 | OPHRYS, LLC | Dividend paid 19.82% on $1,286.03; Claim# 9; Filed: $1,286.03; Reference: | 7100-000 | | 254.89 | 1,536.47 |
| 09/24/10 | 112 | Capital Recovery III LLC As Assignee of HSBC/Orchard | Dividend paid 19.82% on $903.99; Claim# 10; Filed: $903.99; Reference: | 7100-000 | | 179.17 | 1,357.30 |
| 09/24/10 | 113 | American Infosource Lp As Agent for Merrick Bank | Dividend paid 19.82% on $1,743.20; Claim# 11; Filed: $1,743.20; Reference: | 7100-000 | | 345.50 | 1,011.80 |
| 09/24/10 | 114 | Worldwide Asset Purchasing, LLC | Dividend paid 19.82% on $3,072.63; Claim# 12; Filed: $3,072.63; Reference: | 7100-000 | | 609.00 | 402.80 |
| 09/24/10 | 115 | Verizon Wireless | Dividend paid 19.82% on $533.60; Claim# 13; Filed: $533.60; Reference: | 7100-000 | | 105.76 | 297.04 |
| 09/24/10 | 116 | GE Money Bank dba WALMART | Dividend paid 19.82% on $1,498.68; Claim# 14; Filed: $1,498.68; Reference: | 7100-000 | | 297.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,002.17 | 8,002.17 | $0.00 |
| | | | Less: Bank Transfers | | 8,002.17 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,002.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,002.17** | |

{} Asset reference(s)

Printed: 05/03/2011 11:08 AM    V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-46265 | **Trustee:** BRADLEY J. WALLER (330500) |
| **Case Name:** SMITH, MICHELLE L | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******93-66 - Checking Account |
| **Taxpayer ID #:** **-***2773 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/03/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****93-65** | 8,000.43 | 0.00 | 0.00 |
| **MMA # 9200-******93-65** | 1.74 | 0.00 | 0.00 |
| **Checking # 9200-******93-66** | 0.00 | 8,002.17 | 0.00 |
| | $8,002.17 | $8,002.17 | $0.00 |